## William D. FREEMAN, Petitioner,

v.

## UNITED STATES POSTAL SERVICE, Respondent.

### No. 04–3399.

United States Court of Appeals, Federal Circuit.

Sept. 21, 2004.

David C. Belt, Principal Attorney, James M. Kinsella, Phyllis Jo Baunach, David M. Cohen, of Counsel, Washington, DC, for Respondent.

Bruce B. Hochman, Principal Attorney, Lambert, Coffin, Rudman & Hochman, Portland, ME, for Petitioner.

### ORDER

The petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 60 days from the date of filing of this order.